UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A.R. HITLER,
aka CARL RENOWITZKY,

    Plaintiff,

    v.

THE ENTIRE UNIVERSE,

    Defendant.

Case No. 19-cv-05219-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff sent a letter to the Court complaining about several matters. Because a letter cannot initiate a legal action, the Court sent a Clerk's Notice advising him to file a complaint on the proper form (and an application to proceed *in forma pauperis*) by September 30, 2019. Plaintiff has failed to comply with the Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain (i) a complaint on this Court's form; and (ii) a complete application to proceed *in forma pauperis* (or full payment for the $400.00 filing fee).

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** October 17, 2019



WILLIAM H. ORRICK
United States District Judge